1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   KENNEDY NDOLO TIMINA,                    No. 1:25-cv-00804 JLT SAB (HC)

12                 Petitioner,                ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS, GRANTING THE
13        v.                                  PETITION FOR WRIT OF HABEAS
                                              CORPUS, DIRECTING RESPONDENTS TO
14   MINGA WOFFORD, et al.,                   RELEASE PETITIONER ON APPROPRIATE
                                              CONDITIONS, AND DIRECTING CLERK
15                 Respondents.               OF COURT TO CLOSE CASE

16                                            (Docs. 1, 20)

17         Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On November 19, 2025, the magistrate judge issued findings and recommendations

21   recommending that the petition for writ of habeas corpus be granted and Petitioner be released on

22   appropriate conditions. (Doc. 20.) The Court served the findings and recommendations on the

23   parties and notified them that any objections were due in 14 days. (*Id.*) The Court further warned

24   the parties "that failure to file objections within the specified time may waive the right to appeal

25   the District Court's order." (*Id.* at 7 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir.

26   2014)).) To date, no objections have been filed, and the time for doing so has passed.

27         According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the

28   case. Having carefully reviewed the entire file, the Court concludes the findings and

                                            1

1    recommendations are supported by the record and proper analysis.[1]

2              Accordingly, the Court **ORDERS**:

3        1.   The findings and recommendations issued on November 19, 2025 (Doc. 20) are

4              **ADOPTED IN FULL**.

5        2.   The petition for writ of habeas corpus is **GRANTED**.

6        3.   Respondents are directed to **IMMEDIATELY RELEASE** Petitioner subject to an

7              order of supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

8        4.   The Clerk of Court is directed to **CLOSE THE CASE**.

9

10   IT IS SO ORDERED.

11      Dated:    **December 4, 2025**

         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

---

27   [1] In the event a notice of appeal is filed, a certificate of appealability is not required because this is an order
     dismissing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and not a final order in a habeas
     proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole*

28   *Commission*, 114 F.3d 878 (9th Cir. 1997); *see also Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997).